## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 16CV4357

Date Filed: 8/4/2016

**Plaintiff:**
**PEDRO FONTANES**

vs.

**Defendant:**
**FLUSHING ROOSEVELT ASSOCIATES, LLC and ASIAN JEWELS SEAFODD RESTAURANT, CORP.**

Received by SEKENDIZ LAW FIRM P.C. to be served on **ASIAN JEWELS SEAFOOD RESTAURANT, CORP., 133-30 39th AVENUE, FLUSHING, Queens County, NY 11354.**

I, Brent Richardson, being duly sworn, depose and say that on the **10th day of August, 2016 at 2:50 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS and COMPLAINT WITH JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **HUNG LEE** as **MANAGER**, who verbally declared he/she is duly authorized to accept such service on behalf of **ASIAN JEWELS SEAFOOD RESTAURANT, CORP.**, at the address of: **133-30 39th AVENUE, FLUSHING, Queens County, NY 11354**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (40.7593,-73.8333) accuracy 4 m.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Asian, Height: 5'6", Weight: 155, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: NEW YORK
County: KINGS

Subscribed and Sworn to before me on the **10th** day of **AUGUST**, **2016** by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TAMARA C. CHARLES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CH6288139
Qualified in Kings County
My Commission Expires August 26, 2017

Brent Richardson
N.Y.C.D.C.A.# 1346943

SEKENDIZ LAW FIRM P.C.
45 Broadway Ste. 1420
New York, NY 10006
(212) 390-1210

Our Job Serial Number: BNP-2016001289
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

