UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
PEDRO FONTANES,

                Plaintiff,

vs.

FLUSHING ROOSEVELT ASSOCIATES, LLC and
ASIAN JEWELS SEAFOOD RESTAURANT, CORP.

                Defendants.
--------------------------------------------------------------------X

Case No 16-cv-4357 (NG)

CERTIFICATE OF DEFAULT

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP - 8 2016 ★
BROOKLYN OFFICE

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant FLUSHING ROOSEVELT ASSOCIATES, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, ~~New York~~, New York
September 8th, 2016

                              DOUGLAS C. PALMER, Clerk of Court

                              *Janet Hamilton*
                              Deputy Clerk