IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
PEDRO FONTANES :
:
     Plaintiff, :
:
  -against- :
:   Case No. 16-CV-04357
FLUSHING ROOSEVELT ASSOCIATES, LLC :   **STIPULATION TO SET ASIDE**
and, ASIAN JEWELS SEAFOOD RESTAURANT :   **DEFAULT**
CORP. :
:
     Defendants. :
:
-----------------------------------------------------------x

    WHEREAS the Plaintiff commenced this action on or about August 4, 2016 by filing of a complaint; and

    WHEREAS Plaintiff subsequently filed proofs of service of the summons and complaint in this action; and

    WHEREAS defendant Asian Jewels Seafood Restaurant Corp. has interposed an answer to the complaint; and

    WHEREAS defendant FLUSHING ROOSEVELT ASSOCIATES, LLC, did not answer or otherwise defend this action, before plaintiff requested the that Clerk of the Court entered a default pursuant to FRCP 55(a); and

    WHEREAS defendant FLUSHING ROOSEVELT ASSOCIATES, LLC's avers that its failure was inadvertent and not intentional that it has meritorious defenses to the instant action;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the parties consent to setting aside the default of defendant FLUSHING ROOSEVELT ASSOCIATES, LLC entered by the Clerk pursuant to FRCP 55(a), and it is

FURTHER STIPULATED AND AGREED that the time for defendant FLUSHING ROOSEVELT ASSOCIATES, LLC to answer or otherwise respond to the complaint in this action is enlarged up to and including October 19, 2016, provided that the parties also expressly agree that FLUSHING ROOSEVELT ASSOCIATES, LLC shall waive any defenses to effective service of process.

The agreements reached herein by and among the parties are not intended to waive plaintiff's right to seek a subsequent default, should a further event of default occur, and plaintiff expressly reserves his right to move this court for a default against FLUSHING ROOSEVELT ASSOCIATES, LLC, if FLUSHING ROOSEVELT ASSOCIATES, LLC fails to answer the complaint in this action, on or before the date stipulated herein, or as otherwise directed by the Court.

This Stipulation may be executed with counterpart signatures all of which taken together shall constitute an original and may also be executed by signatures via facsimile or electronic transmittal, in lieu of an original or machine generated or copied document.

Dated: September 30, 2016
By:
SEKENDIZ LAW FIRM, P.C.

_____
Ismail S. Sekendiz, Esq.
45 Broadway
Suite: 1420
New York, New York 10006
212.380.8087
isinan@hotmail.com
*Attorneys for Plaintiff*

JASPER & JASPER, PLLC

_____
Zoë E. Jasper, Esq.
375 Park Avenue
Suite 2607
New York, New York 10152
212.634.9949
zoe@jasperpllc.com
*Attorneys for Defendants*
*Flushing Roosevelt Associates, LLC and*
*Asian Jewels Seafood Restaurant Corp.*

SO ORDERED

_____
U.S.M.J.